# EXHIBIT U

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

Daniel F. Diffley        Direct Dial: 404-881-4703        Email: dan.diffley@alston.com

August 14, 2017

CONFIDENTIAL
VIA UPS



Edmund A. Normand
Normand Law, PLLC
62 W. Colonial Dr.
Suite 209
Orlando, Florida 32801

Re:   *Anthony Sos v. State Farm Mutual Auto. Ins.*, No. 6:17-CV-00890-KRS (M.D. Fla.)

Dear Edmund:

    State Farm has reviewed your client's claim file and the allegations set forth in the Amended Complaint in the above-referenced case. Based on that review, State Farm is tendering a draft check payable to your client in the amount of $12,151. The breakdown of this amount is as follows:

- <u>Taxes in connection with the total loss claim</u>: $2,500
- <u>Fees in connection with the total loss claim</u>: $400
- <u>Pre-judgment Interest from the date of the alleged breach through Monday August 14 (5.17% under Fla. Stat. § 55.03)</u>: $251
- <u>Attorney's fees under Fla. Stat. § 627.428</u>: $9,000
    - One attorney at $550 with 10 hours ($5500)
    - One attorney at $350 with 10 hours ($3500)
    - Use a multiplier of 1.0:
- <u>Total</u>: $12,151

    We believe this amount this amount represents the full value of your client's claim against State Farm. While we have estimated the amount of attorney's fees incurred to date, this is a conservative estimate, likely in excess of the amount of attorneys' fees incurred thus far in connection with this case. Additionally, we have likely overstated the amount of prejudgment interest implicated by Mr. Sos' claim. If you have evidence that we have understated or underestimated any of these amounts, State Farm stands ready to tender those additional sums upon receipt of additional documentation.

Alston & Bird LLP        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.

Please call me if you would like to discuss this matter. Otherwise, we expect your client will accept this as full payment of his claim and dismiss his suit against State Farm.

Sincerely yours,

Daniel F. Diffley

cc: James Cash (via U.S. Mail)
Johanna Clark (via U.S. Mail)

PAYMENT NO 1 19 851530 J  
PAYMENT AMOUNT $12,151.00  
ISSUE DATE 08-11-2017  
AUTHORIZED BY BOLES, LARRY  
PHONE (855) 231-1590  

CLAIM NO 59-7X26-846  
LOSS DATE 01-28-2016  
POLICY NO 2327-636-59F  
INSURED SOS, ANTHONY & REBECCA  

ALSTON & BIRD  
1201 W PEACHTREE ST STE 4900  
ATLANTA GA 30309-3466  

| COVERAGE DESCRIPTION | ON BEHALF OF | AMOUNT |
|---|---|---|
| COLLISION | SOS, ANTHONY & REBECCA | 12,151.00 |

RETAIN STUB FOR RECORDS

---

**StateFarm** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY  
TOTAL LOSS  
TL A OFFICE - DA  PAGECNTQ.P07  
JPMORGAN CHASE BANK, NA  56-1544/441  
COLUMBUS, OH  

1 19 851530 J  
08-11-2017  
DATE  MM DD YYYY  

CLAIM NO 59-7X26-846  INSURED SOS, ANTHONY & REBECCA  
LOSS DATE 01-28-2016  

***EXACTLY TWELVE THOUSAND ONE HUNDRED FIFTY-ONE AND 00/100 DOLLARS  

$****12,151.00  

Pay to the  
Order of: ANTHONY SOS  

*Michael F Tipson*  
AUTHORIZED SIGNATURE  
*Jon C Farney*  
AUTHORIZED SIGNATURE  

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING  

⑈191785l530⑈ ⑆044ll5443⑆  777l4508 7⑈