# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2019

James Butler Cash Jr.
Alston & Bird, LLP
1201 W PEACHTREE ST NW STE 4900
ATLANTA, GA 30309

Johanna W. Clark
Carlton Fields Jorden Burt, PA
450 S ORANGE AVE STE 500
ORLANDO, FL 32801-3336

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Daniel F. Diffley
Alston & Bird, LLP
1201 W PEACHTREE ST NW STE 4900
ATLANTA, GA 30309

Douglas W. Dunham
Dechert, LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Michael Hugh McGinley
Dechert, LLP
2929 ARCH ST
PHILADELPHIA, PA 19104

Justin M. Romeo
Dechert, LLP
2929 ARCH ST
PHILADELPHIA, PA 19104

Appeal Number:  19-90006-J

Case Style: State Farm Mutual Auto Ins. Co v. Anthony SOS
District Court Docket No: 6:17-cv-00890-PGB-LRH

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-90006-J

_____

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

                                                 Petitioner,

versus

ANTHONY SOS,

                                                 Respondent.

_____

Petition for Permission to Appeal from the
United States District Court for the Middle District of Florida

_____

Before: ED CARNES Chief Judge, JORDAN and GRANT, Circuit Judges.

BY THE COURT:

The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is <u>DENIED</u>.