**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY SOS,

        Plaintiff,

v.
                                  Case No:  6:17-cv-890-Orl-40LRH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

## ORDER

This cause comes before the Court upon review of Plaintiff's Proposed Notice to Class Members (Doc. 184), filed May 13, 2019. The Court has carefully considered the Plaintiff's Proposed Notice, Defendant's Objections (Doc. 187), and Plaintiff's Response thereto (Doc. 188).

The Court agrees with Plaintiff's proposal for the process of identifying class members and that the notice be provided to all insureds originally paid less than 6% sales tax on their total loss claims on leased vehicles, including the allegedly remediated insureds. (Doc. 184, p. 2). **Within 30 days from the date of this Order**, Defendant shall respond to Plaintiff by identifying individuals it believes are not class members. **Within 14 days of receiving Defendant's response**, Plaintiff will procure title-owner information to identify whether the vehicle was leased at the time of the total loss.

The Court agrees with Defendant that: (1) the sentences "The Federal Court has not taken any position on the merits of the class claims. The Federal Court also expresses no opinion as to whether you or anyone else should join the lawsuit," should be moved to

page 1 of the Longform Notice as set forth in Defendant's Objections (Doc. 187, p. 13); (2) the sentence "You received this Notice because State Farm's records indicate you may be a Class Member," should be removed from the Longform and Postcard Notice; and (3) the sentence "The Court has not reached a decision about the merits of the class claims," should be added to the Postcard Notice as set forth in Defendant's Objections (Doc. 187, p. 14). The remainder of the objections are overruled.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. Incorporating the aforementioned changes, Plaintiff's Proposed Notice to Class Members (Doc. 184) is **APPROVED**. The Court finds that the proposed form of notice satisfies the requirements of Rule 23 and otherwise comports with the requirements of due process, constitutes the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

2. On or before **October 30, 2019**, Plaintiff shall provide notice to the class in substantially the form approved by the Court and in accordance with the approved Notice Plan. Plaintiff shall file a notice with the Court stating that this has been completed.

3. Requests to exclude must be postmarked no later than **December 2, 2019**. The notices shall reflect this deadline.

**DONE AND ORDERED** in Orlando, Florida on August 30, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties