IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY SOS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign insurance
company,

    Defendant.

_____/

CASE NO.: 6:17-cv-890-Orl-40LRH

Class Action

## PLAINTIFF'S NOTICE OF COMPLETION OF CLASS NOTICE

COMES NOW the Plaintiff, Anthony Sos, individually and on behalf of the certified Class, hereby files his Notice of Completion of the Notice to the Class Members, in accordance with this Court's Order (Doc. 196), and further states the following:

1. On August 30, 2019, this Court approved the proposed Notice (Doc. 184), with changes, directing that it be sent to the certified class members on or before October 30, 2019. Doc. 194.

2. On October 28, 2019, Plaintiff, Anthony Sos, and Defendant, State Farm Mutual Automobile Insurance Company ("the Parties"), by and through their undersigned counsel, filed a Joint Motion for Extension of Deadline to Send Notice and for Class Members to Requests Exclusion. Doc. 195.

3. On October 29, 2019, this Court granted the Parties' request for a two-week extension of the deadline to provide Notice to the Class and a concomitant two-

week extension of the deadline for Class Members to request exclusion from the Class. Doc. 196.

4. This Notice serves as confirmation that Plaintiff provided Notice as approved and directed by the Court through the Notice Administrator.[1]

Dated: November 13, 2019

Respectfully submitted,

*/s/ Jacob Phillips*
Jacob L. Phillips
FBN: 120130
Edmund A. Normand
FBN: 0865990
NORMAND PLLC
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Tel: (407) 603-6031
Fax: (888) 974-2175
jacob.phillips@normandpllc.com
ed@normandpllc.com
service@normandpllc.com
Christopher J. Lynch
FBN: 331041
Christopher J. Lynch, P.A.
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Tel: (305) 443-6200
Fax: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchlaw.com

*Attorneys for Plaintiff*

---

[1] There remain approximately 20 claims about which the Parties are confirming Class membership and were unable to complete prior to the filing of this Notice. To the extent any of the 20 are Class members, the Parties will provide such data to the Notice Administrator by tomorrow. The Notice Administrator confirmed they will provide Notice to such Class members, if any, on Friday, November 15. Plaintiff intends to supplement this Notice on November 15 to confirm that such Notice, if any, was provided.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using CM/ECF systems this 13th day of November, 2019. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in the some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jacob Phillips*
*Attorney for Plaintiff*

## SERVICE LIST

Daniel F. Diffley, Esq. (*pro hac vice*)
Cassandra K. Johnson, Esq. (*pro hac vice*)
Alston & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

Johanna W. Clark
FBN: 196400
Carlton Fields, P.A.
450 S. Orange Ave., Suite 500
Orlando, FL 32801
jclark@carltonfields.com
Tel: (407) 849-0300
Fax: (407) 648-9099

***Attorneys for Defendant***