UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

ANTHONY SOS,

    Plaintiff,

v.

CASE NO.: 6:17-cv-890-KRS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company,

    Defendant.

## DECLARATION OF CASSANDRA K. JOHNSON

I, Cassandra K. Johnson, declare as follows:

1. I am an attorney at the law firm Alston & Bird LLP and serve as counsel for Defendant State Farm Mutual Automobile Insurance Company ("State Farm"). The facts set forth herein are based on my personal knowledge.

2. On July 30, 2018, my co-counsel produced to Plaintiff's counsel lists of all claims paid in the remediation, the amount paid, and when the check was cashed, marked as SF_000749 and SF_000750.

3. On September 30, 2019, State Farm identified the 841 insureds as likely being claims involving owned vehicles to Plaintiff's counsel. Attached hereto as Exhibit A is a true and correct copy of that correspondence.

4. On October 21, 2019, Plaintiff's counsel emailed me to inform me that of the 841 claims identified, 50 of the claims came back as leased in the database the Plaintiff's counsel used. Attached hereto as Exhibit B is a true and correct copy of that correspondence.

1

5.	As of the date of this filing, Plaintiff's counsel has not provided State Farm with a declaration explaining the process that was used to identify the leased vehicles.

6.	On November 13, 2019, Plaintiff's counsel amended his prior representation and stated that there had been an error with how the claims were run in the database, and that only 18 were returned as leased. Attached hereto as Exhibit C is a true and correct copy of that correspondence.

7.	On November 8 and 13th, 2019, I produced the title information from State Farm's claim files for 48 of the original 50 vehicles identified as leased to Plaintiff's counsel. The remaining two claims were not settled as total losses, so I understand that no payment was made and no title information was on file. Attached hereto as Exhibit D is a true and correct copy of that correspondence with Plaintiffs' counsel.

8.	The four claims that State Farm determined were leased were included in the class notice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10 day of January, 2020 in Atlanta, Georgia.

_____
Cassandra K. Johnson