UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

ANTHONY SOS,

    Plaintiff,

v.

CASE NO.: 6:17-cv-890-KRS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign insurance
company,

    Defendant.

_____

## DECLARATION OF DOUGLAS A. GRAFF

1.    My name is Douglas A. Graff, and I am over the age of 21, of sound mind, and competent to make this declaration.

2.    I am a Claims Consultant at State Farm Mutual Automobile Insurance Company ("State Farm"). I have been a Claims Consultant for approximately seven years and have been employed by State Farm for approximately 24 years. This Declaration is based on my own personal knowledge, in reliance on the regular practices and procedures of State Farm in total loss claims handling.

3.    I led State Farm's remediation efforts in 2017 and 2018 to review claim files with a leased vehicle endorsement and assess whether further sales tax was owed in accordance with State Farm's practices.

4.    Through the course of that remediation, myself and a team of claims handlers reviewed all Florida total loss claims with a leased endorsement on the claim file.

1

5.   Around October 21, 2019, I was provided a list of 50 total loss claims to review the claim file and determine if any of these files were leased. I understand that Plaintiffs' counsel in this lawsuit contended that those 50 claims involved leased vehicles.

6.   I supervised a review of each of the 50 claim files and determined that three of those claim files were of leased vehicles.

7.   None of those files contained a leased vehicle endorsement.

8.   Subsequently, I reviewed and collected the title and payment information for each of those 50 claim files.

9.   One additional claim was titled in a leaseholder's name.

10.  Two claims were not settled as total losses, so State Farm did not make any payment and no title was recorded in the claim file.

11.  The remaining 44 claim files all show information which indicates that no lease is present. For example, the title of the vehicle is in the insured's name, payment was made to the insured or a financing company (but not a leaseholder), and no lease endorsement was marked on the files.

12.  As a result, the remaining 44 claim files did not involve leased vehicles.

*************************************************************

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of January, 2020

_____
Douglas A. Graff

2