UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANTHONY SOS, | CASE NO: 6:17-CV-890-ORL-40KRS |
| Plaintiff, | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILEINSURANCE COMPANY | |
| Defendant. | |

## NOTICE OF RESOLUTION OF PENDING ISSUES

The Parties hereby notify the Court that all remaining pending issues in this matter have been resolved and that upon Plaintiff's receipt of a Declaration from the Defendant that the Class Members have been paid all additional sums owed, an appropriate satisfaction of judgment and stipulation of dismissal will be filed. Finally, Defendant's counsel has advised that said Declaration is being prepared and will be forwarded to Plaintiff's counsel shortly.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel hereby certifies, in accordance with Local Rule 3.01(g), that counsel for Plaintiff and the Defendant conferred in good faith and agree to the filing of this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13 day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice to electronic filing to all counsel on Service List.

Respectfully submitted,

*/s/ Edmund Normand*
Edmund A. Normand, Esq.
Florida Bar No.: 0865590
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Tel : (407) 603-6031
E-Mail: ed@ednormand.com
E-Mail: ean@normandpllc.com

Christopher J. Lynch, Esq.
Florida Bar No.: 331041
16517 Seagate Place
Bonita Springs, FL 34135-9071
Tel: (305) 332-8706
E-Mail: clynch@hunterlynchlaw.com

*Attorneys for Plaintiff*

## SERVICE LIST

Daniel F. Diffley (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: 404-881-7000

Johanna W. Clark
Florida Bar No. 196400
Carlton Fields, P.A.
450 S. Orange Avenue, Suite 500
Orlando, FL 32801
Tel.: 407-849-0300

*Attorneys for Defendant*